ELIZA C. AUBRY et al.

*v.*

HENRY M. SCHNEIDER et al., executors.

On appeal of Louis Renault.

[Submitted December 12th, 1905. Decided June 18th, 1906.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevens, whose opinion is reported in *69 N. J. Eq. 629.*

*Messrs. McEwan & McEwan,* for the appellant.

*Mr. Augustus A. Rich,* for the respondents.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion delivered in the court of chancery by Vice-Chancellor Stevens.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, FORT, GARRETSON, HENDRICKSON, PITNEY, SWAYZE, REED, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—14.

*For reversal*—None.